UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORTS MARKETING MONTERREY GROUP LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIOS SERVICES US INC., *et al.*,<br><br>    Defendants. | Case No. 22-cv-08939-SI<br><br>**ORDER RE: DEFENDANTS' MOTION TO SHORTEN TIME ON MOTION FOR EXPEDITED DISCOVERY**<br><br>Re: Dkt. No. 31 |

The Court has received defendants' motion for expedited discovery and to enlarge time on the motion for a preliminary injunction, defendants' motion to shorten time, and plaintiff's response thereto. The Court will hold a hearing on defendants' motion for expedited discovery (Dkt. No. 30) on **Friday January 13, 2023 at 10 am**. Plaintiff shall file an opposition to the motion no later than **noon on Wednesday January 11** and defendants shall file a reply no later than **noon on Thursday January 12.**

**IT IS SO ORDERED**.

Dated: January 6, 2023

_____
SUSAN ILLSTON
United States District Judge