UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORTS MARKETING MONTERREY GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOCIOS SERVICES US INC., *et al.*,<br><br>Defendants. | Case No. 22-cv-08939-SI<br><br>**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 53 |

Defendants filed an administrative motion to file under seal certain exhibits and a portion of its opposition brief because those documents contain material that has been designated as "highly confidential – attorneys' eyes only" by plaintiff. In response to the administrative motion, plaintiff states that in light of the public interest in accessing court documents, it does not seek to keep any of the material at issue sealed.

Accordingly, the Court DENIES defendants' administrative motion as moot and orders that the exhibits and unredacted opposition brief be filed in the public record.

**IT IS SO ORDERED**.

Dated: January 31, 2023

_____
SUSAN ILLSTON
United States District Judge