UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPORTS MARKETING MONTERREY GROUP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIOS SERVICES US INC., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-08939-SI<br><br>**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION FOR INTERIM STAY OF PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 79 |

Defendants' Administrative Motion For Interim Stay Of Preliminary Injunction is GRANTED and this Court's preliminary injunction order (Dkt. 78) against Defendants is stayed pending resolution of Defendants' forthcoming motion for modification of the injunction and stay pending appeal.

Defendants shall file the motion by 3:00 p.m. on April 3, 2023; the opposition is due by 3:00 p.m. on April 6; and the reply is due by noon on April 7. If the Court believes a hearing is necessary, the Clerk shall contact the parties.

**IT IS SO ORDERED**.

Dated: March 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge