United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPORTS MARKETING MONTERREY
GROUP LLC,

          Plaintiff,

    v.

SOCIOS SERVICES US INC., *et al.*,

        Defendants.

Case No.  22-cv-08939-SI

**ORDER VACATING ORDER AT DKT. NO. 98**

Re: Dkt. No. 98

    The Court has been informed that, contrary to the stipulation at Dkt. No. 96, no bond was filed by plaintiff.  Accordingly, the Order to Release Bond at Dkt. No. 98 is VACATED.

    **IT IS SO ORDERED**.

Dated: May 4, 2023

_____
SUSAN ILLSTON
United States District Judge